# EXHIBIT A

## EXHIBIT A –

## Works owned and/or distributed by Screen Media Ventures LLC

|     | Title | Registration |
|-----|-------|--------------|
| 1.  | *Till Death* | PA0002351661 |
| 2.  | *The Hurricane Heist* | PA0002147321 |
| 3.  | *Topper* | PA0000463947 |
| 4.  | *The Last Full Measure* | PAu003981677 |
| 5.  | *The Flying Deuces* | PAU001629105 |
| 6.  | *Topper Takes a Trip* | PA0000460493 |
| 7.  | *Sherlock Holmes and the Secret Weapon* | PA0000460494 |
| 8.  | *Angel and the Badman* | PA0000460492 |
| 9.  | *My Favorite Brunette* | PA0000460483 |
| 10. | *The Greatest Story Ever Told* | RE0000655025 |
| 11. | *Faces* | RE0000931058 |
| 12. | *A Woman Under the Influence* | PA0000545088 |
| 13. | *Dolemite* | PA0000794701 |
| 14. | *Night of the Howling Beast* | PA0000490139 |
| 15. | *Welcome Home Brother Charles* | PA0000447213 |
| 16. | *Emma Mae* | PA0000399740 |
| 17. | *The Killing of a Chinese Bookie* | RE0000912755 |
| 18. | *Grand Theft Auto* | PA0000144291 |
| 19. | *The Wild Geese* | PA0000327516 |
| 20. | *Ashanti* | PA0000228296 |
| 21. | *Game for Vultures* | PA0000043629 |
| 22. | *Opening Night* | RE0000909052 |
| 23. | *Zulu Dawn* | PA0000130043 |
| 24. | *Ironmaster* | PA0000298538 |

| 25. | Homework | PA0000158955 |
|---|---|---|
| 26. | Venom | PA0000163458 |
| 27. | Lost | PA0000184795 |
| 28. | Shaka Zulu | PA0000313271 |
| 29. | Deathstalker | PA0000211851 |
| 30. | The Night They Saved Christmas | PA0000278425 |
| 31. | Warrior of the Lost World | PA0000298544 |
| 32. | Creator | PA0000262377 |
| 33. | Rad | PA0000299462 |
| 34. | The Curse | PA0000468095 |
| 35. | Hide and Go Shriek | PA0000374904 |
| 36. | Party Line | PA0000382689 |
| 37. | Pin | PAU001119691 |
| 38. | Trouble in Paradise | PA0000483461 |
| 39. | Lonesome Dove | PA0000431895 |
| 40. | Mindfield | PAU001272701 |
| 41. | Escape | PAU001103951 |
| 42. | The Hot Spot | PA0000490131 |
| 43. | The Incident | PA0000483458 |
| 44. | Mortal Passions | PAU001272706 |
| 45. | Red Surf | PAU001261632 |
| 46. | Tales from the Darkside: The Movie | PA0000470445 |
| 47. | Blue Desert | PA0000517638 |
| 48. | Howling VI: The Freaks | PA0000568649 |
| 49. | Inner Sanctum | PA0000545099 |
| 50. | There's Nothing Out There | PA0000568329 |
| 51. | The Bikini Carwash Company | PA0000483461 |

| 52. | Cold Heaven | PA0000602964 |
|---|---|---|
| 53. | Martial Law | PAU001404402 |
| 54. | Martial Law II: Undercover | PAU001404402 |
| 55. | Sidekicks | PA0000715705 |
| 56. | Simple Men | PAU001571432 |
| 57. | Bitter Harvest | PA0000161855 |
| 58. | A Bronx Tale | PA0000659530 |
| 59. | Carlito's Way | PA0000662676 |
| 60. | Detonator | PAU001791565 |
| 61. | Sugar Hill | PA0000662828 |
| 62. | Black Fox | PAU002022242 |
| 63. | Hard Drive | PA0000782288 |
| 64. | Inner Sanctum II | PAU001819598 |
| 65. | The Road to Wellville | PA0000742442 |
| 66. | Savate | PA0000780563 |
| 67. | Scanner Cop | PAU001791650 |
| 68. | The Shadow | PA0000660068 |
| 69. | Sioux City | PA0000699361 |
| 70. | Stalked | PA0000738516 |
| 71. | Bloodknot | PAU002073338 |
| 72. | Invisible Mom | PAU002108241 |
| 73. | Mr. Stitch | PA0000774931 |
| 74. | Scanner Cop II | PAU001916513 |
| 75. | Shootfighter II | PAU002306346 |
| 76. | Virtual Desire | PAU002045479 |
| 77. | Voodoo | PAU002002111 |
| 78. | The Wharf Rat | PAU002038327 |

Error! Unknown document property name.

| | | |
|---|---|---|
| 79. | *When the Bullet Hits the Bone* | PAU002011964 |
| 80. | *Gulliver's Travels* | PAU002010190 |
| 81. | *Conundrum* | PAU002108220 |
| 82. | *Crash Dive* | PAU002256776 |
| 83. | *Jack Frost* | PAU002214918 |
| 84. | *Moving Target* | PAU002145958 |
| 85. | *Mrs. Santa Claus* | PA0000837436 |
| 86. | *Robin of Locksley* | PAU002084331 |
| 87. | *Steel Sharks* | PAU002177449 |
| 88. | *Timepiece* | PA0000833995 |
| 89. | *The Odyssey* | PA0001049918 |
| 90. | *Bikini Traffic School* | PAU002213200 |
| 91. | *Gunshy* | PAU002288976 |
| 92. | *Deceiver* | PA0000873724 |
| 93. | *Operation Delta Force* | PAU002177451 |
| 94. | *The Shooter* | PAU002215784 |
| 95. | *Strategic Command* | PAU002215778 |
| 96. | *Top of the World* | PAU002214803 |
| 97. | *The Twilight of the Golds* | PAU002046016 |
| 98. | *Free Money* | PAU002291594 |
| 99. | *Sweepers* | PAU002314807 |
| 100. | *One Tough Cop* | PAU002314711 |
| 101. | *Bruno* | PAU002368799 |
| 102. | *On the Border* | PAU002300508 |
| 103. | *Curse of the Puppet Master* | PA0000911802 |
| 104. | *Gideon* | PAU002368817 |
| 105. | *Resurrection* | PA0000959316 |

| 106. | The Boondock Saints | PAU002441422 |
| --- | --- | --- |
| 107. | Mom's Outta Sight | PAU002269119 |
| 108. | Little Men | PA0000167954 |
| 109. | Looking for an Echo | PA0001307042 |
| 110. | Fallout | PAU002368786 |
| 111. | Creature | PA0000884551 |
| 112. | One Last Dance | PA0001283717 |
| 113. | The Temptations | PA0000746771 |
| 114. | Hoods | PA0000811148 |
| 115. | The 4th Floor | PAU002459658 |
| 116. | Final Voyage | PAU002487641 |
| 117. | House on Haunted Hill | PA0000968090 |
| 118. | Aftershock: Earthquake in New York | PA0000962073 |
| 119. | Farscape | PA0001129246 |
| 120. | Dungeons & Dragons | PA0001014907 |
| 121. | Schoolgirls in Chains | PA0000248534 |
| 122. | Adventures of Sonic the Hedgehog | PA0000791233 |
| 123. | Love & Sex | PAU002498767 |
| 124. | Road Rage | PAU002497736 |
| 125. | Snow White: The Fairest of Them All | PA0001079475 |
| 126. | Jack and the Beanstalk: The Real Story | PA0001087028 |
| 127. | Bimini Code | PA0000226034 |
| 128. | Here Is Mariah Carey | PA0000683660 |
| 129. | Redeemer | PAU002630282 |
| 130. | Interview with the Assassin | PA0001151190 |
| 131. | Back by Midnight | PAU002638999 |
| 132. | The Maldonado Miracle | PA0001139114 |

| 133. | Deacons for Defense | PAU002743981 |
|---|---|---|
| 134. | AC/DC: Live at Donington | PA0000627859 |
| 135. | Manderlay | PAU002800015 |
| 136. | Silver Hawk | PAU002884312 |
| 137. | Strange Bedfellows | PA0001226502 |
| 138. | Edge of America | PA0001260386 |
| 139. | The Upside of Anger | PAU002851781 |
| 140. | Picking Up & Dropping Off | PA0001194655 |
| 141. | Farscape: The Peacekeeper Wars | PA0001364011 |
| 142. | Click | PA0001322657 |
| 143. | The Five People You Meet in Heaven | PA0001259456 |
| 144. | Kids in America | PAU003005180 |
| 145. | Poseidon | PA0001331423 |
| 146. | 10.5: Apocalypse | PA0001340429 |
| 147. | The Curse of King Tut's Tomb | PAU003001001 |
| 148. | Hidden Places | PAU003000967 |
| 149. | Jane Doe: Yes, I Remember It Well | PAU003000970 |
| 150. | Love's Long Journey | PAU003000978 |
| 151. | Hogfather | PA0001375211 |
| 152. | Stevie Ray Vaughan and Double Trouble: Live at Montreux 1982 & 1985 | PA0001627069 |
| 153. | Rage Against the Machine: Live at the Grand Olympic Auditorium | PA0001210388 |
| 154. | In the Shadows | PAU003093481 |
| 155. | Satriani Live | PA0001367508 |
| 156. | Curse of the Wolf | PA0001699010 |
| 157. | Outpost | PAU003339619 |
| 158. | Dolan's Cadillac | PAU003399445 |

| 159. | Farm House | PAU003599128 |
| --- | --- | --- |
| 160. | Linda Ronstadt: The Sound of My Voice | PA0002222783 |
| 161. | Best Sellers | PA0002316066 |
| 162. | The Shannara Chronicles | PAU003789456 |
| 163. | Sator | PAU003909423 |
| 164. | Crash and Burn | PA0001599388 |
| 165. | The Color of Magic | PAU003366316 |
| 166. | Death in Love | PAU003387378 |
| 167. | Fist of the Vampire | PA0001698820 |
| 168. | Winterland | PA0002215969 |
| 169. | The Seventh Day | PAU004058864 |
| 170. | Feels Good Man | PAU004023264 |
| 171. | Dark Matter | SRU001361942 |
| 172. | Lapsis | PAU003979013 |
| 173. | Dr. Jekyll and Mr. Hyde | PAU003357148 |
| 174. | Black Friday | PA0001600731 |
| 175. | Moon | PA0001642365 |
| 176. | Close Encounters of the Fifth Kind | PAU004003929 |
| 177. | Roadless | PA0002215067 |
| 178. | Project Blue Book Exposed | PAU004072721 |
| 179. | Kung Fu Killer | PA0001637749 |
| 180. | Elvis from Outer Space | PAU004048526 |
| 181. | Out of Death | PAU004053089 |
| 182. | Savage Salvation | PAU004158043 |
| 183. | The Phenomenon | PAU004029501 |
| 184. | Alien Chronicles: Top UFO Encounters | PAU004137406 |
| 185. | Ancient World Aliens | PAU004083059 |

| 186. | Monster from Bikini Beach | PAU003365089 |
| --- | --- | --- |
| 187. | Trigger Point | PAU004074628 |
| 188. | American Siege | PAU004055694 |
| 189. | The Immaculate Room | PA0002367369 |
| 190. | Black Site | PAU004074738 |
| 191. | YellowBrickRoad | PA0001918126 |
| 192. | The System | PAU004134673 |
| 193. | 30 for 30 | PA0001813422 |
| 194. | George Michael: Live in London | PA0001670679 |
| 195. | One Shot | PAU004111322 |
| 196. | Paulie Go! | PAU004124437 |
| 197. | The Accursed | PA0002381308 |
| 198. | Poker Face | PAU004162633 |
| 199. | Dig | PAU004145346 |
| 200. | Meet Cute | PAU004145284 |
| 201. | You Lucky Dog | PA0001810258 |
| 202. | A Tear in the Sky | PAU004117959 |
| 203. | Emily the Criminal | PA0002325882 |
| 204. | Code Name Banshee | PA0002366710 |
| 205. | The Locksmith | PAU004162737 |
| 206. | The Art of Flight | PA0001833411 |
| 207. | The 50 Best Horror Movies You've Never Seen | PAU003730674 |
| 208. | You Can't Kill Stephen King | PAU003635135 |
| 209. | Meeting Mr. Christmas | PAU004137825 |
| 210. | Paradox Alice | PAU003576659 |
| 211. | Justin Bieber: Rise to Fame | PA0001789674 |
| 212. | On the Trail of UFOs: Night Visitors | PA0000221506 |

| 213. | Take It with You | PAU003665353 |
|---|---|---|
| 214. | Scarecrow | PAU003699745 |
| 215. | Louder Than Bombs | PA0002017461 |
| 216. | Bad 25 | PA0001868543 |
| 217. | Every Breath You Take | PAU004068815 |
| 218. | Zombie Resurrection | PAU003720195 |
| 219. | A Bride for Christmas | PAU003671341 |
| 220. | Murda Capital | PA0001916487 |
| 221. | Carrie Underwood: The Blown Away Tour Live | PA0001889375 |
| 222. | Cerro Torre: A Snowball's Chance in Hell | PA0002179491 |
| 223. | Carrie Pilby | PAU003840898 |
| 224. | Beginner's Guide to Sex | PA0002052421 |
| 225. | Jimi Hendrix: Hear My Train a Comin' | PA0001927362 |
| 226. | The Dinner | PAU003875281 |
| 227. | The Mercy | PAU003946362 |
| 228. | The Unattainable Story | PAU003869707 |
| 229. | High Strung | PAU003780977 |
| 230. | Excess Flesh | PA0001984361 |
| 231. | Sade: Bring Me Home Live | PA0001828700 |
| 232. | The Visit | PA0001969229 |
| 233. | Everything Beautiful Is Far Away | PA0002105608 |
| 234. | A Street Cat Named Bob | PAU003888011 |
| 235. | State Like Sleep | PAU003837658 |
| 236. | Stevie D | PAU003857269 |
| 237. | Creep 2 | PAU003880037 |
| 238. | Digging for Fire | PA0001975024 |

| 239. | Hunter Gatherer | PAU003786433 |
| --- | --- | --- |
| 240. | The Hippopotamus | PAU003812947 |
| 241. | Ladyworld | PAU003900758 |
| 242. | The Escort | PA0001961065 |
| 243. | The Overnight | PAU003757392 |
| 244. | Life, Animated | PAU003805678 |
| 245. | Cold Deck | PAU003800963 |
| 246. | I Spit on Your Grave: Deja Vu | PAU003880620 |
| 247. | The Nightingale | PAU003948876 |
| 248. | Cartel Land | PAU003795992 |
| 249. | Elliot the Littlest Reindeer | PAU003900791 |
| 250. | Finding Kim | PAU003846668 |
| 251. | Intersect | PAU004004209 |
| 252. | Tanna | PA0002027547 |
| 253. | The Lost Husband | PAU004010985 |
| 254. | Those Left Behind | PAU003839613 |
| 255. | Tar | PAU004043248 |
| 256. | I Do, I Do, I Do | PAU003753197 |
| 257. | Abnormal Attraction | PAU003734309 |
| 258. | Kittie: Origins/Evolutions | PA0002100544 |
| 259. | Monstrous | PA0002393906 |
| 260. | Christine | PAU003148922 |
| 261. | Discarnate | PAU003791299 |
| 262. | Neruda | PA0002067740 |
| 263. | Hunt for the Wilderpeople | PAU003801910 |
| 264. | Goldstone | PAU003823933 |
| 265. | Southbound | PA0002029830 |

| | | |
|---|---|---|
| 266. | Change in the Air | PAU003897410 |
| 267. | Soul to Keep | PAU003912472 |
| 268. | Dismissed | PAU003894826 |
| 269. | Lansky | PAU004022804 |
| 270. | Third Eye Spies | PAU004115587 |
| 271. | Super Dark Times | PAU003892890 |
| 272. | Charming Christmas | PAU003802027 |
| 273. | Jeremiah Tower: The Last Magnificent | PAU003857788 |
| 274. | The Fourth Phase | PAU003875225 |
| 275. | Heal | PA0002118651 |
| 276. | Michael Jackson's Journey from Motown to Off the Wall | PA0002120717 |
| 277. | Madonna and the Breakfast Club | PAU003936809 |
| 278. | Cagefighter | PAU004048219 |
| 279. | Lamborghini: The Man Behind the Legend | PAU004153492 |
| 280. | Starfish | PAU003930641 |
| 281. | Come Away | PAU003933921 |
| 282. | Running with the Devil | PAU003971862 |
| 283. | Kings | PAU003899847 |
| 284. | Up and Away | PA0002172674 |
| 285. | Blue Jay | PAU003808464 |
| 286. | The Mistletoe Promise | PAU003865121 |
| 287. | Captain Black | PAU003951554 |
| 288. | Antiquities | PA0002127771 |
| 289. | Making a Killing | PA0002085749 |
| 290. | Devil's Domain | PAU003851750 |
| 291. | Savage Youth | PAU003951076 |

Error! Unknown document property name.

| 292. | Capone | PA0002281335 |
| --- | --- | --- |
| 293. | Locating Silver Lake | PAU003845212 |
| 294. | Under the Eiffel Tower | PAU003850204 |
| 295. | Holly Star | PA0002157591 |
| 296. | Radium Girls | PAU003848468 |
| 297. | Trophy | PA0002081011 |
| 298. | A Good Woman Is Hard to Find | PAU003991831 |
| 299. | Stoker Hills | PAU004096459 |
| 300. | Under an Arctic Sky | PAU003865146 |
| 301. | The Hummingbird Project | PAU003919325 |
| 302. | Stella's Last Weekend | PAU003858789 |
| 303. | Mafia Inc | PAU004009025 |
| 304. | The Experience | PAU003995148 |
| 305. | Hamlet in the Golden Vale | PAU003976501 |
| 306. | The Dawn Wall | PAU003924920 |
| 307. | Them That Follow | PA0002181225 |
| 308. | Sunset Society | PAU003635657 |
| 309. | The New Romantic | PA0002124948 |
| 310. | All About Nina | PAU003924680 |
| 311. | Willy's Wonderland | PA0002276407 |
| 312. | John Henry | PAU003922780 |
| 313. | Get Gone | PAU003979848 |
| 314. | A Leaf of Faith | PAU003949681 |
| 315. | The Baby-Sitters Club | PA0002321127 |
| 316. | American Dharma | PA0002205821 |
| 317. | Andy Irons: Kissed by God | PA0002179491 |
| 318. | Halston | PAU003962528 |

| 319. | *Girl* | PAU004038898 |
| 320. | *Les Norton* | PA0002209866 |
| 321. | *Romantic Comedy* | PAU004017455 |
| 322. | *Shadow in the Cloud* | PAU003968966 |
| 323. | *The World to Come* | PAU004045928 |
| 324. | *1 Night in San Diego* | PAU004050760 |

Error! Unknown document property name.